## Commonwealth *v.* Daugherty, Appellant.

Submitted December 30, 1975. *Robert C. Rowe*,

and *Spitler, Rowe and Kilgore*, for appellant; *David J. Brightbill*, Assistant District Attorney, and *George E. Christianson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.